UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA D. LOGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, )<br>  Secretary of Education, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 06CV0033 (PLF) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to answer Plaintiff's Complaint. In support of this request, the defendant states as follows:

1. The defendant's answer is due to be filed on March 13, 2006.

2. The undersigned has consulted with agency counsel, and is awaiting pertinent information that is necessary to respond to plaintiff's 115-paragraph complaint. Agency counsel's task in securing this information is challenging as the alleged discriminating official is deceased. Agency counsel expects to obtain the information if given additional time to do so.

3. The defendant is requesting an additional two weeks to file an answer.

4. Undersigned counsel spoke with Ms. Molly E. Buie, an attorney for plaintiff, concerning this request for an enlargement. Counsel stated that plaintiff consents to this request for an enlargement.

Wherefore the defendant requests until March 27, 2006, to answer Plaintiff's complaint.

A proposed Order accompanies this motion.

                                            Respectfully submitted,

                                            _____/s/_____
                                            KENNETH L. WAINSTEIN, DC Bar #451058
                                            United States Attorney

                                            _____/s/_____
                                            R. CRAIG LAWRENCE, DC Bar #171538
                                            Assistant United States Attorney

                                            _____/s/_____
                                            KAREN L. MELNIK DC BAR # 436452
                                            Assistant United States Attorney
                                            555 4TH Street, N.W. Rm. E-4112
                                            Washington, D.C. 20530
                                            (202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA D. LOGAN<br>　　　Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS,<br>　Secretary of Education,<br><br><br>　　　Defendant.<br>_____ | )<br>)<br>)<br>)　　Civil Action No. 06-0033 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time to Answer Plaintiff's Complaint, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until March 27, 2006, to answer the complaint.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. Robert Seldon, Esq.
Ms. Molly E. Buie, Esq.
1319 F Street, N.W. Suite 305
Washington, D.C. 20004

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530