UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA D. LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0033 |
| ) | (PLF) |
| MARGARET SPELLINGS, ) | |
| Secretary of Education, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of the parties' Joint Report Pursuant To Local Rule 16.3, and the entire record in this matter; it is hereby:

ORDERED that this case shall be referred to a Magistrate Judge for Alternative Dispute Resolution.

ORDERED that initial disclosures shall be made no later than 45 days after the Court issues an Initial Scheduling Order.

ORDERED that discovery shall commence on June 1, 2006, and end on November 1, 2006.

ORDERED that counsel for both parties are to continue working cooperatively with one another to prepare routine protective orders needed to facilitate discovery, and to take account of scheduling conflicts and other issues that may arise during the course of this case.

ORDERED that the presumptive limits on discovery set forth in Rules 30 and 33, Fed. R. Civ. P. shall be in effect, absent agreement of the parties and/or leave of Court.

ORDERED that expert designations and disclosures, if any, shall be made in accordance with the schedule provided under Rule 26(a)(2)(c), Fed. R. Civ. P.

ORDERED that dispositive motions, if any, shall be filed no later than January 2, 2007; oppositions to dispositive motions shall be filed no later than February 16, 2007; and replies, if any, shall be filed no later than March 19, 2007.

FURTHER ORDERED that the parties shall appear for a status conference before the undersigned on November ____, 2006.

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge