UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANDRA D. LOGAN,                         )<br>         Plaintiff,             )<br>v.                                          )<br>MARGARET SPELLINGS,       )<br>Secretary, U.S. Department of Education, )<br>        Defendant.          ) | Civil Action No. 06-0033 (PLF) |

ORDER OF REFERRAL

This matter came before the Court for a status conference on April 27, 2006. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Alan Kay for settlement discussions, beginning April 28, 2006; discussions shall conclude on or before June 28, 2006. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 27, 2006