UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA D. LOGAN,              )<br>                               )<br>     Plaintiff,               )<br>                               )<br>         v.                    )<br>                               )<br> MARGARET SPELLINGS,           )<br>   Secretary of Education,    )<br>                               )<br>     Defendant.                )<br>                               ) | Civil Action No. 06-0033<br>(PLF) |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Amended Complaint, and the entire record in this matter,

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is GRANTED.

FURTHER ORDERED that the Clerk of the Court is directed to accept Plaintiff's Amended Complaint for filing.

Dated this _____ day of _____, 2006

_____
United States District Court Judge