UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SANDRA D. LOGAN,                        )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No. 06-0033 (PLF)
                                        )
                                        )
MARGARET SPELLINGS,                     )
Secretary, U.S. Department of Education,)
                                        )
            Defendant.                  )
_____)


<u>SCHEDULING ORDER</u>

       The parties appeared for a status conference on July 14, 2006.  Based upon the

Rule 16.3 Joint Report submitted to the Court on April 20, 2006 (prior to the parties going to

settlement discussions before Magistrate Judge Kay), and the representations of counsel in

requesting the Court enter a scheduling order based on that report with updated deadlines, it is

hereby ORDERED that

       1.     Discovery shall be completed by January 19, 2006.  Counsel must resolve

all discovery disputes or bring them to the Court's attention in a timely manner so as to allow

sufficient time for the completion of discovery by this date.

       2.     Each party is limited to a maximum of 25 interrogatories to any other

party.  Responses to all interrogatories are due 30 days after service.

       3.     Each party is limited to a maximum of 10 depositions.

4.      Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by August 14, 2006.

5.      Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by November 17, 2006.

6.      Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by December 18, 2006.

7.      Depositions of each party's retained experts shall be completed by January 19, 2006

8.      Dispositive motions shall be filed on or before March 16, 2007; oppositions by April 30, 2007; and replies, if any, by May 30, 2007.

9.      Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers.  Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

10.     A further status conference is scheduled for January 26, 2007 at 9:15 a.m.

11.     Counsel are expected to evaluate their respective cases for settlement purposes.  Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before Magistrate Judge Kay, to whom this case remains referred for any settlement conferences requested.  If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

12.     Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court.  <u>See</u> LCvR 7.  The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 14, 2006