## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA D. LOGAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-0033 (PLF)** |
| ) | |
| **MARGARET SPELLINGS,,** ) | |
| **Secretary of Education,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT'S RULE 26(a)(1) DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Margaret Spellings, in

her official capacity as the Secreetary of Education, makes the following disclosures:

**A.    Persons With Discoverable Information**

Defendant reserves the right to raise objections to the production of witnesses and

information and to supplement this response upon completion of discovery.  Without waiving

any applicable objections or privileges, defendant lists the following individuals as persons

reasonably likely to have information that bears upon the claims and defenses at issue in this

litigation:

1.    Cathie Carothers (formerly Martin) - Office of Indian Education, Deputy
Director/Acting Director, Office of Elementary and Secondary Education (OESE), U.S.
Department of Education, 400 Maryland Avenue, SW, Room 5C152,  Washington, DC
20202.  Telephone #: (202) 260-1683.

During the time of the events at issue in this complaint, Ms. Carothers was Plaintiff's

second-line supervisor.  As such, she has direct knowledge of the legitimate, nondiscriminatory

reasons for which Defendant determined not to convert Plaintiff to a career position after the

expiration of Plaintiff's Presidential Management Internship.  Ms. Carothers also has direct

knowledge about all of the other allegations in Plaintiff's complaint relating to actions taken

within OIE.

2.      Joyce Boykin, retired (formerly Supervisory Personnel Management Specialist, Headquarters Customer Service Team III Leader. Human Resources Service (HRS), Office of Management (OM), U.S. Department of Education). Address and telephone number currently unknown.

As the coordinator of the Presidential Management Intern Program (PMI) for the Plaintiff

at the time of the events in this complaint, Ms. Boykin has personal knowledge about the

discussions and correspondence she had with Plaintiff, OIE, and the Office of Personnel

Management (OPM) regarding the PMI program's requirements.  This includes the relationship

of Indian preference to the PMI program, the options for extending a PMI, and the options for

termination.  Ms. Boykin also had some limited discussions with Plaintiff and OIE regarding

Plaintiff's request for accommodations.

3.      Ruth Hall, Director, Management & Administrative Unit (Executive Officer), OESE, U.S. Department of Education, 400 Maryland Avenue, SW, Room 3W322, Washington, DC 20202. Telephone # (202) 205-8527.

As the Executive Director for OESE, Ms. Ruth has some limited knowledge regarding the

events complained of by Plaintiff.

4.      JoAnn Cottman, Section 504 Coordinator, U.S. Department of Education, 400 Maryland Avenue, SW, Room 2E208, Washington, DC  20202.  Telephone # (202) 401-0964.

Ms. Cottman has personal knowledge concerning Plaintiff's reasonable accommodation

requests, including discussions and meetings with Plaintiff regarding her requests.

5.      Bernard Garcia, Education Program Specialist, Group Leader, OIE, OESE, U.S. Department of Education, 400 Maryland Avenue, SW, Room 5C141, Washington, DC  20202. Telephone #: (202) 260-1454.

Mr. Garcia was at a meeting involving Plaintiff's allegations, and also may have some personal knowledge relating to the reasons for which Plaintiff was not converted to a career appointment after the termination of her PMI.

**B.     Documents**

Defendant reserves the right to raise applicable objections to the production of certain documents and supplement its production upon completion of discovery.  Without waiver thereof, defendant lists the following documents that are likely to bear on the claims and defenses at issue in this litigation:

1.     Report of Investigation (#03-7992)
2.     Sandra Logan's Official Personnel File
3.     Documents provided by Plaintiff during discovery at the administrative stage
4.     Documents produced by Defendant during discovery at the administrative stage
5.     Transcripts of depositions taken during the administrative stage
6.     Documents attached to Defendant's Motion for Summary Judgment and Plaintiff's Opposition

These documents are in the possession of the defendant.  The Report of Investigation, as well as documents produced during the administrative proceeding, have already been provided to plaintiff.  All other documents may be produced for inspection at a mutually convenient time upon request of plaintiff's counsel.

**C.     Damages**

None.

**D.     Insurance Agreements**

None.

August 14, 2006

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____

RUDOLPH CONTRERAS. D.C. Bar #434122
Assistant United States Attorney


_____

KAREN L. MELNIK, D.C. BAR # 436452
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-0338
(202) 514-8780 (facsimile)