UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA D. LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0033 |
| ) | (PLF) |
| MARGARET SPELLINGS, ) | |
| Secretary of Education, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PARTIES' JOINT MOTION FOR ENTRY OF**
**STIPULATED PRIVACY ACT AND PROTECTIVE ORDER**

The parties in this case, jointly request entry of a Stipulated Privacy Act and Protective Order to protect documents and information designated by the counsel for the parties from public disclosure. The parties have reason to believe that certain material in this case, including information to be exchanged in discovery and possibly information that will become evidence in this case, is covered by the Privacy Act, the Health Insurance Portability and Protection Act, and/or would constitute unreasonable invasion of privacy. Accordingly, a Privacy Act and Protective Order will facilitate the parties' efforts, including during ongoing discovery, to access all relevant material without violating the privacy or proprietary interests of the parties or other individuals mentioned in the covered materials.

A proposed Stipulated Privacy Act and Protective Order, executed by counsel for plaintiff and defendant, is attached. It sets forth the procedures to be followed by the parties when exchanging covered material and also when filing with the Court.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/<br>_____<br>Robert C. Seldon, Esq.<br>D.C. Bar No. 245100 | /s/<br>_____<br>Jeffrey A. Taylor, Esq.<br>D.C. Bar No. 498610<br>UNITED STATES ATTORNEY |
| /s/<br>_____<br>Molly E. Buie, Esq.<br>D.C. Bar No. 483767<br>1319 F Street, N.W. Suite 305<br>Washington, D.C. 20004<br>Tel. (202) 955-6968<br>Fax (202)842-1418<br><br>Attorneys for Plaintiff | /s/<br>_____<br>Rudolph Contreras, Esq.<br>D.C. Bar No. 434122<br>Assistant United States Attorney<br><br>/s/<br>_____<br>Karen L. Melnik, Esq.<br>D.C. Bar No. 466452<br>Assistant United States Attorney<br>555 Fourth Street, N.W., E-4112<br>Washington, D.C. 20530<br>Tel. (202) 307-0338<br>Fax (202) 514-8780<br><br>Attorneys for Defendants |