UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA D. LOGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, )<br>Secretary of Education, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0033<br>(PLF) |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P, to amend the Amended Scheduling Order in this case due to an unanticipated conflict in the schedules of plaintiff's counsel and plaintiff's expert witness. Specifically, plaintiff seeks a thirty day enlargement of time to file her expert disclosures, which will necessitate other enlargements of equal length in the remainder of the schedule previously set by the Court.

Counsel for defendant has graciously consented to this extension and has advised counsel for plaintiff that it will also require a similar extension in the schedule for dispositive motions, to which plaintiff reciprocally consents.[1]

---

[1] For this reason, the proposed Order which accompanies this Motion has also enlarged the remainder of the schedule previously set by the Court by thirty days.

The Court's Amended Scheduling Order set a status conference for January 26, 2007, which was intended to follow the close of discovery.

The grounds in support of this Motion are as follows:

1.) The Amended Scheduling Order provides for plaintiff's expert disclosures to be made by November 17, 2006 (Order of July 18, 2007, at 2). The Order set the due date for defendant's expert disclosures thirty days later, and the discovery cut-off thirty days thereafter. Dispositive briefing was to open sixty days later (Id.).

2.) Plaintiff and her counsel worked diligently to locate an expert witness and, toward the end of October, did so. Plaintiff and her counsel also arranged to have plaintiff's medical records reviewed and for an initial examination to be conducted by the expert by the end of that month.

3.) From that point forward, plaintiff's counsel was occupied virtually entirely by the preparation for and participation in a jury trial that began on November 6, 2006, entitled Gipson v. Wells Fargo Bank, N.A., Civ. Action Nos. 00-2865, 05-1184 (JMF).

4.) With that trial having just ended, counsel for plaintiff has immediately begun on working with plaintiff's expert to complete her review of this matter and prepare her expert report on the current schedule.

5.) However, plaintiff's expert will shortly be preparing for her expert participation in another case. Prior to then, plaintiff's expert will be in attendance at previously scheduled professional conference and unavailable due to the Thanksgiving holiday.

---

The parties are prepared to appear at the conference as currently scheduled or at a later time, if the Court grants this Motion.

6.) On account of this conflict in schedules, plaintiff respectfully requests that the schedule for expert disclosures be extended by thirty days which will, if approved by the Court, necessitate amending the remainder of the Amended Scheduling Order by the same amount of time.

7.) Counsel for plaintiff greatly regrets having to seek this enlargement and assures the Court that despite the best efforts of counsel and plaintiff's expert, their scheduling conference was unanticipated and that the need to request this amendment was unavoidable.

WHEREFORE, plaintiff respectfully requests that the Court amend the Amended Scheduling Order in this case in accordance with the proposed Order that accompanies this Motion.

Respectfully submitted,

/s/
_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100

/s/
_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968
Counsel for Plaintiff