```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


SANDRA D. LOGAN,                    )
                                    )
     Plaintiff,                     )
                                    )
          v.                        )   Civil Action No. 06-0033
                                    )   (PLF)
MARGARET SPELLINGS,                 )
  Secretary of Education,           )
                                    )
     Defendant.                     )
_____)
```

## ORDER

Upon consideration of Plaintiff's Consent Motion to Amend Scheduling Order, and the entire record in this matter, it is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the Amended Scheduling Order entered in this case on July 18, 2006, is hereby amended as follows:

Plaintiff's expert disclosures are due no later than December 18, 2006.

Defendant's expert disclosures are due no later than January 17, 2007.

All discovery including depositions of each party's expert witnesses shall be concluded no later than February 16, 2007.

Unless the parties jointly advise the Court of their preference to resume ADR prior to briefing, defendant's motion for summary judgment will be due no later than April 17, 2006; plaintiff's

opposition no later than June 1, 2007; and defendant's reply no later than July 2, 2007.

The status conference previously scheduled for January 26, 2007, at 9:15 am is hereby rescheduled for February \_\_\_\_, 2007 at \_\_\_\_\_.

FURTHER ORDERED that in all other respects, the Court's Amended Scheduling Order of July 18, 2006, is shall remain unchanged.

Dated this \_\_\_\_\_ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE