UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA D. LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0033 (PLF) |
| ) | |
| MARGARET SPELLINGS,, ) | |
| Secretary of Education, ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Defendant in the above-captioned case respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to amend the Scheduling Order in this case to permit the defendant to conduct discovery on the issue of damages, after the resolution of the dispositive motions. In support of this request, the defendant states as follows:

1. The defendant received plaintiff's expert disclosure on or about the week of December 20, 2006.[1] The defendant's expert disclosure was due before January 17, 2006.

2. Because of the holiday season, and because the undersigned was preparing for trial in Simpson v. Thompson, 03-cv-1123, which was scheduled to proceed on January 10, 2007,[2] the defendant only recently has been able to secure the services

---

[1] The plaintiff filed a consent motion for a thirty-day enlargement of time to file her expert disclosures, which the Court granted.

[2] The undersigned learned on January 7, 2007, that the trial would not proceed because plaintiff's counsel had a family emergency.

    of an expert.

3.     Rather than request an extension of the current discovery period, the defendant requests a period of sixty (60) days, to conduct discovery on the issue of damages, commencing after the resolution of the dispositive motions. The defendant does not expect this period of discovery to interfere with the Court's schedule insofar as setting a timely trial date.

4.     Counsel for plaintiff has graciously consented to this motion.

Wherefore the defendant requests that the scheduling order be amended to permit a sixty-day period of discovery for damages, after the resolution of the dispositive motions. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
JEFFREY A . TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTEREAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338