UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SANDRA D. LOGAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-0033 (PLF) |
| MARGARET SPELLINGS,, Secretary of Education, | ) | |
| Defendant. | ) | |

ORDER

UPON CONSIDERATION of the Defendant's Consent Motion to Amend Scheduling Order, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted.  It is further

ORDERED that the defendant shall have sixty (60) days following the resolution of the dispositive motions to conduct discovery on the issue of damages.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Robert Seldon
Molly Buie
1319 F Street, N.W. Suite 305
Washington, D.C. 20004

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530