UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA D. LOGAN,<br><br>        Plaintiff,<br><br>        v.<br><br>MARGARET SPELLINGS,,<br>        Secretary of Education,<br><br>        Defendant. | Civil Action No. 06-0033 (PLF) |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Defendant in the above-captioned case hereby moves, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, for a continuance of the status conference presently scheduled for February 27, 2007. In support of this request, the defendant states as follows:

1. On November 16, 2006, in response to Plaintiff's Consent Motion to Amend Scheduling Order, the Court rescheduled the status conference from January 26, 2007 to February 27, 2007.

2. The undersigned Assistant will be out of the country from February 24, 2007 through March 5, 2007.

3. The undersigned Assistant has spoken with plaintiff's counsel, Molly Buie, who consents to this motion, and has suggested March 7, 2007, as an alternative date.

Wherefore the defendant requests that the status conference date of February 27, 2007, be rescheduled for March 7, 2007. A proposed Order accompanies this motion.

Respectfully submitted,

_____/s/_____
JEFFREY A . TAYLOR, DC Bar #498610
United States Attorney

_____/s/_____
RUDOLPH CONTEREAS, DC Bar #434122
Assistant United States Attorney

_____/s/_____
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338