UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA D. LOGAN, )<br>)<br>       Plaintiff, )<br>)<br>       v. )<br>)<br>MARGARET SPELLINGS,, )<br>       Secretary of Education, )<br>)<br>       Defendant. )<br>) | Civil Action No. 06-0033 (PLF) |

ORDER

UPON CONSIDERATION of the Defendant's Consent Motion to Continue Status Conference, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted.  It is further

ORDERED that the status conference currently scheduled for February 27, 2007, is hereby VACATED; it is further

ORDERED, that the status conference shall be on March 7, 2007, at _____.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Robert Seldon
Molly Buie
1319 F Street, N.W. Suite 305
Washington, D.C. 20004

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530