UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANDRA D. LOGAN,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS,<br>Secretary, U.S. Department of Education,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0033 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER OF REFERRAL

This matter came before the Court for a status conference on March 13, 2007. At that time, the parties indicated that the case would benefit from further settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Alan Kay for settlement discussions, beginning March 13, 2007; discussions shall conclude on or before June 15, 2007. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference.

SO ORDERED.

                                                        ___/s/_____
                                                        PAUL L. FRIEDMAN
                                                        United States District Judge

DATE: March 13, 2007